RECEIVED

JUL 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 25 PM 12:07

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Kennedy_____ __David_____ __L_____
          (Last)                    (First)              (Initial)

Prisoner Number __V35114_____                                   **(PR)**

Institutional Address __San Quentin State Prison; San Quentin, CA. 94964__

**MMC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  3568

Full Name of Petitioner

__David Lee Kennedy__

vs.

__U.S. Parole Commission__
__Warden Robert Ayers__     PETITION FOR A WRIT OF HABEAS CORPUS
Name of Respondent
(Warden or jailor)

Case No. (To be provided by the clerk of court)

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1

petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

_District Court of Northern, CA. S.F._    _450 Golden Gate Ave._
      Court                                  Location

(b) Case number, if known _Unknown #79190-011_
(c) Date and terms of sentence _April 14, 1986   12 year adult Term in prison_
(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No __   _Held on parole Violation Warrant._
Where? _San Quentin State Prison, San Quentin, CA. 94964_
        (Name of Institution)           (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_(2) Counts of Bank Robbery_

3. Did you have any of the following?

Arraignment: Yes ✓ No __  Preliminary Hearing: Yes ✓ No __  Motion to Suppress: Yes ✓ No __

3

4. How did you plead?

Guilty _____  Not Guilty _____  (Nolo Contendere) _____

Any other plea (specify) __NO__

5. If you went to trial, what kind of trial did you have?

N/A _____ Judge alone _____ Judge alone on a transcript _____

6. Did you testify at your trial? Yes ___ (No) ___

7. Did you have an attorney at the following proceedings:

(a) Arraignment (Yes) No ___
(b) Preliminary hearing (Yes) No ___
(c) Time of plea (Yes) No ___
(d) Trial Yes ___ (No)
(e) Sentencing (Yes) No ___
(f) Appeal Yes ___ (No)
(g) Other post-conviction proceeding Yes ___ (No) ___

8. Did you appeal your conviction? Yes ___ (No) ___

(a) If you did, to what court(s) did you appeal?

Court of Appeal   Yes ___   No ___   _____
                                     (Year)            (Result)

Supreme Court of
California        Yes ___   No ___   N/A _____
                                     (Year)            (Result)

Any other court   Yes ___   No ___   _____
                                     (Year)            (Result)

(b) If you appealed, were the grounds the same as those that you are raising in this petition?  N/A  Yes ___ No ___

(c) Was there an opinion?  N/A  Yes ___ No ___

(d) Did you seek permission to file a late appeal under Rule 31(a)?
Yes  (No)

4

If you did, give the name of the court and the result:

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? (Yes)   No ___

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court __Eastern District of CA.__

Type of Proceeding __Writ of habeas__

Grounds raised (Be brief but specific):

a. __Parole revocation hearing within 60 days__

b. __Credit for time served in Federal Custody__

c. __Denied hearing within 60 days__

d. __Parole times have expired.__

Result __denied__     Date of Result __7/14/06__

II. Name of Court _____

Type of Proceeding __N/A__

Grounds raised (Be brief but specific):

a. __N/A__

b.

c.

d.

Result _____     Date of Result _____

III. Name of Court __N/A__

6

Supporting Facts: April 1999 I served a parole violation until Sept 2003; I served another parole violation 6/6/07 until 3/6/08, both parole violations were served in federal custody

Claim Two: Denied rights to a parole hearing within 90 days

Supporting Facts: Petitioner due process requirements for parole revocation 18 U.S.C. (1994 Ed.) 4214(C) 28 C.F.R. 2.46(a) parole was prejudiced by parole commission failure to hold revocation hearing in timely matter

Claim Three: Parolee was paroled 5/1994 on both parole and probation from a split federal sentence, they commenced and was ordered to run upon release or parole of Count (1).

Supporting Facts: 4164, 28 C.F.R. parolee shall be released at the expiration of prison terms. Petitioners have been on parole since originally paroling in (1994, May) with less then (4) yrs remaining on parole/probation.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

8

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Thompson v. Crabtree Ninth Ct.
Hopper v. U.S. Parole Comm'n, 702 F. 2d 842, 848 (9th Cir 1983) Wickham 6/8

Do you have an attorney for this petition?   Yes ___ No _X_

If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on  7/11/08
             Date                    Signature of Petitioner

( rev. 5/96)

9

CLOSED, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-01582-MMC
### Internal Use Only

Kennedy v. United States District Court District of California
Assigned to: Hon. Maxine M. Chesney
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/18/2005
Date Terminated: 06/13/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**David Lee Kennedy**                         represented by **David Lee Kennedy**
                                                              Avenue State Prison
                                                              V-35114-520-24up
                                                              P.O. Box 9
                                                              Avenal, CA 93204
                                                              PRO SE

V.

**Respondent**

**United States District Court District of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2005 | 1 | MOTION to Dismiss Warrant filed by David Lee Kennedy. (aaa, Court Staff) (Filed on 4/18/2005) (Entered: 04/19/2005) |
| 04/18/2005 | 2 | Letter from Clerk requesting a signed and completed IFP application or filing fee of $5.00. (aaa, Court Staff) (Filed on 4/18/2005) (Entered: 04/19/2005) |
| 06/13/2005 | 3 | ORDER OF DISMISSAL. Accordingly, the above-titled action is hereby DISMISSED without prejudice. IT IS SO ORDERED. Signed by Judge Maxine M. Chesney on 06/13/05. (aaa, Court Staff) (Filed on 6/13/2005) (Entered: 06/14/2005) |
| 06/13/2005 | 4 | JUDGMENT: DECISION BY COURT. IT IS ORDERED AND ADJUDGED the above-titled is hereby DISMISSED without prejudice. (aaa, Court Staff) (Filed on 6/13/2005) (Entered: 06/14/2005) |

