FILED
08 JUL 25 PM 12:08
RICHARD W. WIEKING
U.S. DISTRICT COURT

(PR)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

David Lee Kennedy
                    Plaintiff,

v.

U.S. Parole Comm'y
Warden Robert Ayers         Defendant.

CV 08      3568
                MMC
CASE NO.

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, David Lee Kennedy, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___  No ⊗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____ Net: _____ N/A _____

Employer: _____ N/A _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

WorkForce, PCL Inc. 2006 Oct.  gross $400.00 wkly
Net Salary and Wages per week $340.00 wkly, monthly gross $1600
                                              Net monthly $1360.00

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or         Yes ___  No ⊗
      self employment
   b. Income from stocks, bonds,      Yes ___  No ⊗
      or royalties?

c.  Rent payments?                              Yes ___ No ⊙
d.  Pensions, annuities, or                     Yes ___ No ⊙
    life insurance payments?
e.  Federal or State welfare payments,          Yes ___ No ⊙
    Social Security or other govern-
    ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.   N/A

3.  Are you married?   Yes ___ No ⊙

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____ N/A _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ N/A _____

5.  Do you own or are you buying a home?   Yes ___ No ⊙

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ___ No ___

Make _____ N/A _____   Year _____   Model _____

Is it financed? Yes ___ No ___  If so, Total due: $ _____

Monthly Payment: $ 00

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No ✓

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓ Amount: $ ___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ 00 Utilities: ___

Food: $ ___ Clothing: ___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ ___ |
| | $ | $ ___ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/11/08
DATE

*David Lee Kennedy*
SIGNATURE OF APPLICANT

Case Number:_____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _David Kennedy_ for the last six months at
[prisoner name]
_San Quentin State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: 7/16/08

_____
Authorized officer of the institution

5

| STATE OF CALIFORNIA<br>GA-22 (9/92) | | INMATE REQUEST FOR INTERVIEW | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| DATE<br>7/11/08 | TO<br>Trust Account Office | | FROM (LAST NAME)<br>Kennedy, David | CDC NUMBER<br>V35114 |
| HOUSING<br>Gym 004 | BED NUMBER<br>004 | WORK ASSIGNMENT | | JOB HOURS<br>FROM      TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)<br>None | | | | ASSIGNMENT HOURS<br>FROM      TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please sent to me a 6 months Account Transaction sheet, Petition for Writ, In Forma Pauperis Application. Thank you for your assistances

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY  ER     DATE 7/16/08

DISPOSITION: Your account activities are empty. You have no transactions