C08-3568 MMC

8/6/08

Clerk of The Court

This letter is to notify the Court That Petitioner file a writ on or before July 14, 2008 from San Quentin And is notifying the Court a Change of address.

Case

David Lee Kennedy

V.

U.S. Parole Commission
Warden Robert Ayers

Thank you very much.

Kennedy D.

PS Please forward my mail to this address.

08-3568 MMC
FILED
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

