DAVID L. Kennedy
U.D.W 014   /W2 C3
5325 BRODER BLVD
Dublin, CA. 94568

FILED
SEP 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID L. Kennedy )
                  )
        Plaintiff, ) CASE NO. C08-3568 MMC
                  )
vs.               ) **PRISONER'S**
U.S. Parole Commission ) **APPLICATION TO PROCEED**
Warden Robert Ayers, ) **IN FORMA PAUPERIS**
Alameda Co. Sheriff ) Amended Petition
Dept, Et AL; Defendant. )

I, DAVID L. KENNEDY declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ___  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: __N/A__
Employer: _____  N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. C08-3568 MMC

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _LAST employment WORKFORCE STAFFIN_
4 | _11/17/06 $10 PER hour 8 hrs per day_
5 | _$400.00 GROSS, NET $360.00_
6 | 2. Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a. Business, Profession or      Yes ___ No X
9 |         self employment
10 |     b. Income from stocks, bonds,      Yes ___ No X
11 |         or royalties?
12 |     c. Rent payments?      Yes ___ No X
13 |     d. Pensions, annuities, or      Yes ___ No X
14 |         life insurance payments?
15 |     e. Federal or State welfare payments,      Yes ___ No X
16 |         Social Security or other govern-
17 |         ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____ N/A _____
22 | 3. Are you married?      Yes ___ No X
23 | Spouse's Full Name: _____ N/A _____
24 | Spouse's Place of Employment: _____ N/A _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $ __ N/A __ Net $ __ N/A __
27 | 4.   a. List amount you contribute to your spouse's support: $ __ N/A __
28 |     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _C08-3568 MMC_

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NONE _____

_____

5. Do you own or are you buying a home? Yes ___ No X
Estimated Market Value: $ Ø _____ Amount of Mortgage: $ Ø _____
6. Do you own an automobile? Yes ___ No ___
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ Ø _____
Monthly Payment: $ Ø _____
7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
Name(s) and address(es) of bank: _____ NONE _____

_____

Present balance(s): $ Ø _____
Do you own any cash? Yes ___ No X Amount: $ Ø _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

_____

8. What are your monthly expenses?
Rent: $ Ø _____ Utilities: NONE _____
Food: $ Ø _____ Clothing: NONE _____
Charge Accounts: NONE _____

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ Ø | $ Ø |
| " " | $ Ø | $ Ø |
| " " | $ Ø | $ Ø |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. C08-3568 MMC

1
2
3   10.   Does the complaint which you are seeking to file raise claims that ~~have been~~ presented in
4   other lawsuits?                                              Yes ___ (No) _X_
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
                            _NONE_
7
8
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _9/5/08_                        _[signature] Kennedy_
15     DATE                              SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. C08-3568 mmc

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **DAVid Kennedy/ WDW014** for the last six months at

[prisoner name]

**Alameda County Santa Rita Jail** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 9/9/08          _M Harris, Cnty Supervisor_

[Authorized officer of the institution]

- 5 -

```
JQAT.UDW014                                              09/09/08  1109   PAGE   1
                            INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: UDW014    HFA: SRJ   NAME: KENNEDY, DAVID NMN       ACCT BAL:         .00

TRANS      ---RECEIPT---      TRANSACTION      AMOUNT      RUNNING        MSG
DATE       HFA     NUMBER     CODE LITERAL                 BALANCE

07/22/08   NCJ     15-99376   CBKG CR NBOK        .00          .00
```

252 W:BALANCE IS ZERO

02-C-03

```
JQAT.UDW014                                              09/09/08  1109   PAGE   1
                            INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: UDW014    HFA: SRJ   NAME: KENNEDY, DAVID NMN       ACCT BAL:         .00

TRANS      ---RECEIPT---      TRANSACTION      AMOUNT      RUNNING        MSG
DATE       HFA     NUMBER     CODE LITERAL                 BALANCE

07/22/08   NCJ     15-99376   CBKG CR NBOK        .00          .00
```

David Kennedy

UDW014

02-C-03

David Lee Kennedy LDW014
5325 Broder Blvd. W2/C3
Dublin, CA. 94568

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

OAKLAND, CA SEP 16 2008 PM

DEP. E. GONZALEZ #1904

09,12,08
0130