**FILED**

SEP 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Kennedy David L.**
    (Last)    (First)    (Initial)

Prisoner Number **UDW 014**

Institutional Address **5325 Broder Blvd W2 C3 Dublin, CA. 94568**

=====================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**David L. Kennedy**
(Enter the full name of plaintiff in this action.)

vs.

**U.S. Parole Commission, Warden Robert Ayers, Alameda Co. Sheriff Dept. ET AL;**
(Enter the full name of respondent(s) or jailor in this action)

Case No. **C08-3568 MMC**
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS
**Amended Petition**

=====================================================

Read Comments Carefully Before Filling In

**When and Where to File**

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): _Northern District of California_

   Court                                                    Location

   (b) Case number, if known _CR85-1006 SAW_

   (c) Date and terms of sentence _April 28, 1986_

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes _X_    No ___

   Where? _Santa Rita Co. Jail_

   Name of Institution: _Alameda Co. Sheriff_

   Address: _5325 Broder Blvd W2C3_

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_18 U.S.C. 2113(a) unarmed Bank Robbery Two Counts 12yrs Count One; Count Two 10yrs with execution of sentence suspended._

PET. FOR WRIT OF HAB. CORPUS         - 2 -

1  3. Did you have any of the following?
2   Arraignment: Yes ✓  No ____
3   Preliminary Hearing: Yes ✓  No ____
4   Motion to Suppress: Yes ✓  No ____
5  4. How did you plead?
6   Guilty ✓   Not Guilty ____   Nolo Contendere ____
7   Any other plea (specify) _____
8  5. If you went to trial, what kind of trial did you have? N/A
9   Jury ____   Judge alone ✓   Judge alone on a transcript ____
10 6. Did you testify at your trial?  Yes ____  No ____
11 7. Did you have an attorney at the following proceedings:
12  (a) Arraignment  Yes ✓  No ____
13  (b) Preliminary hearing  Yes ✓  No ____
14  (c) Time of plea  Yes ✓  No ____
15  (d) Trial  Yes ____  No ✓
16  (e) Sentencing  Yes ✓  No ____
17  (f) Appeal  Yes ____  No ✓
18  (g) Other post-conviction proceeding  Yes ____  No ✓
19 8. Did you appeal your conviction? N/A  Yes ____  No ✓
20  (a) If you did, to what court(s) did you appeal?
21   Court of Appeal  Yes ____  No ____
22   Year: _____  Result: _____
23   Supreme Court of California  Yes ____  No ____
24   Year: _____  Result: _____
25   Any other court  Yes ____  No ____
26   Year: _____  Result: _____
27
28  (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1               petition?         Yes ____   No ____

2    (c)   Was there an opinion?     Yes ____   No ____

3    (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                                           Yes ____   No ____

5         If you did, give the name of the court and the result:

6         _____ NONE _____

7         _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?   Yes ✗   No ✗   DO NOT KNOW

10     [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. *28*

15   *U.S.C. §§ 2244(b).*]

16     (a)   If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding. Attach extra paper if you need more space.

18         I.   Name of Court: _____ NONE _____

19             Type of Proceeding: _____ NONE _____

20             Grounds raised (Be brief but specific):

21             a. _____ NONE _____

22             b. _____

23             c. _____

24             d. _____

25             Result: _____ NONE _____ Date of Result: _____

26         II.   Name of Court: _____

27             Type of Proceeding: _____

28             Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS     - 4 -

|   |   |                                                                                   |
|---|---|-----------------------------------------------------------------------------------|
| 1 |   | a._____                         |
| 2 |   | b._____                         |
| 3 |   | c._____                         |
| 4 |   | d._____                         |
| 5 |   | Result: _____NONE_____ Date of Result:_____                                     |
| 6 | III. | Name of Court: ____( )____ ·/ _____                        |
| 7 |   | Type of Proceeding: _____                         |
| 8 |   | Grounds raised (Be brief but specific):                                           |
| 9 |   | a._____                         |
| 10 |  | b._____                         |
| 11 |  | c._____                         |
| 12 |  | d._____                         |
| 13 |  | Result: _____NONE_____ Date of Result:_____                                     |
| 14 | IV. | Name of Court: _____                       |
| 15 |  | Type of Proceeding: _____                         |
| 16 |  | Grounds raised (Be brief but specific):                                           |
| 17 |  | a._____                         |
| 18 |  | b._____                         |
| 19 |  | c._____                         |
| 20 |  | d._____                         |
| 21 |  | Result: _____NONE_____ Date of Result:_____                                     |

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                                                 Yes ___  No ✗

24       Name and location of court: ___NONE___

25  **B. GROUNDS FOR RELIEF**

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: U.S. Parole Commission Went beyond The 90 days Statute of limitations, Revocation hearing

Supporting Facts: U.S. Marshal's took Petitioner in Custody 6/6/07, on or about 9/8/07 Petitioner Accepted revocation offer, After time had already expired.

Claim Two: U.S. Parole Commission denied Time in custody on parolee parole time.

Supporting Facts: On April 14, 1999 U.S. Marshal's took petitioner in custody After Executing The Warrant, petitioner Served until Nov. 2003 on his parole violation.

Claim Three: As a result of the above issues my Constitutional rights are being violated.

Supporting Facts: Violated Petitioners Constitutional rights to a fair and impartial Revocational Hearing.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

Mossisey vs Brewer
18 U.S.C. (1994 Ed.) 4214(c)
28 C.F.R. 2.4(a) Parole was prejudiced by Comm'n failure to hold a timely hearing within 90 days

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   *Parole Commission denied time*
5   *in Federal Custody, After the Court*
6   *ordered parole to commence upon release of*
7   *Count One - See Attach.* Yes _X_  No _X_
    Do you have an attorney for this petition?
8   If you do, give the name and address of your attorney: *Attorney of Record*
9   *Elizabeth A. McKenna*
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12  
13  Executed on _9/5/08_                    _[signature]_
14              Date                         Signature of Petitioner
15  
16  
17  
18  
19  
20  (Rev. 6/02)
21  
22  
23  
24  
25  
26  
27  
28  

PET. FOR WRIT OF HAB. CORPUS          - 7 -

Additional Sheet

List of Names and Citations;
Thompson vs Crabtree 9th Cir
Hopper vs U.S. Parole Comm'n,
702 F.2d 842, 848 (9th Cir
1983) Wickham 618

Additional Sheet

On April 28, 1986 David Kennedy was sentence by the Honorable Stanley A. Weigel in the Northern District of CA. After pleading guilty to the following violation 18 U.S.C. 2113(a) Unarmed Bank Robbery, (two counts) the court sentence Kennedy to 12 yrs on count one and 10 yrs on count two with execution of sentence suspended and placed on probation for five years to commence upon release from custody pursuant to the sentence of count one. On Oct 1994 or there after Mr. Kennedy was paroled with less then 4 yrs of parole to serve; On April 14, 1999; a warrant was executed for parole violation and probation violation, Kennedy was sentence by the Honorable Judge Maxine M. Chesney 7/1999; On 1/2000 Petitioner was sentence by the parole commin on both counts; Mr. Kennedy remain in Federal Custody until Nov. 2003; Kennedy again violated parole and was in Federal Custody March 28, 2006, Released 9/2006; Violated 6/6/07 and remained in Federal Custody until March 6, 2008; Kennedy Violated parole on current parole term and have served more time on his parole term then the Court originally ordered. Petitioner seeks relief. Respectfully



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

DEP: E. GONZALEZ #1904

RECEIVED
18 '08
MMC
NORTHERN DISTRICT OF CALIFORNIA

091208
0130