IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L. KENNEDY,

        Petitioner,

  v.

UNITED STATES PAROLE COMMISSION, et al.,

        Respondents.

No. CV-08-3568 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED with prejudice, pursuant to 28 U.S.C. § 2244(a), as a successive petition.

Dated: December 30, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk